UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
JESSICA KARIM, on behalf of herself and
all others similarly situated,

                          Plaintiff,      :   Civil Action No.. 1:23-cv-10682

      - against -

AMERICAN THREADS, INC.,

                                 **JOINT STIPULATION OF**
                    Defendant       **DISMISSAL WITH PREJUDICE**

------------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for Plaintiff Jessica Karim and Defendant American Threads, Inc., by and through the undersigned counsel, that any and all claims and counterclaims asserted in the above-captioned action shall be and are hereby dismissed with prejudice pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, and without costs, disbursements or fees to any party.

Dated: February 28, 2024
       New York, New York

| | |
|---|---|
| GABRIEL A. LEVY, P.C. | FRIEDMAN KAPLAN SEILER & ADELMAN & ROBBINS LLP |
| *Gabriel Levy* (signature) | *Elizabeth Bierut* (signature) |
| Gabriel A. Levy (glevy@gplcfirm.com) | Elizabeth Bierut (ebierut@fklaw.com) |
| 1129 Northern Blvd, Ste 404 | 7 Times Square |
| Manhasset, NY 11030 | New York, NY 10036-6516 |
| T: 347-941-4715 | (212) 833-1100 |
| *Attorneys for Plaintiff Jessica Karim* | *Attorneys for Defendant American Threads, Inc.* |

SO ORDERED.

*(signature)*

Dale E. Ho
United States District Judge
Dated: February 29, 2024
New York, New York